AO 83 (Rev. 06/09; DC 3.2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DANIEL EVERETTE HALE<br><br>Defendant<br>DOB: ▮▮▮▮ | )<br>)<br>)   Case No. 1:25-cr-00184-LLA<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

Place: United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Courtroom No.: 21 (4th floor)
Date and Time: 10/03/2025 11:00 am

This offense is briefly described as follows:

Violation 1: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. (Mandatory Condition)

Violation 2: The defendant shall answer all inquiries by the probation officer and follow the instructions of the probation officer. (Standard Condition No. 3)

Date: 08/05/2025

ANGELA D. CAESAR, Clerk
BY: /s/ *signature*
*Issuing Officer's signature*

M. Pham, Courtroom Deputy
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 10/1/25

*Server's signature*

DVSM Stanirlows/c/
*Printed name and title*

**RECEIVED**
OCT 03 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia