AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Columbia

| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| DANIEL HALE | ) |
| | ) Case No. 1:25-cr-00184-LLA-1 |
| | ) USM No. 26069-075 (EDVA) |
| | ) Sandra Gayle Roland, Esq. |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s) __1 (two positive drug tests)__ of the term of supervision.

☑ was found in violation of condition(s) count(s) __1, 2, and 3__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1. | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. (Mandatory Condition) | 07/25/2025 |

(continued on page 2)

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __5288__

Defendant's Year of Birth: __1987__

City and State of Defendant's Residence:
Washington, D.C.

10/03/2025
Date of Imposition of Judgment

Signature of Judge

Hon. Loren L. AliKhan, U.S. District Judge
Name and Title of Judge

10/27/25
Date

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page  2  of  5

DEFENDANT: DANIEL HALE
CASE NUMBER: 1:25-cr-00184-LLA-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2. | The defendant shall answer all inquiries by the probation officer and follow the instructions of the probation officer. (Standard Condition No. 3) | 06/06/2025 |
| 3. | The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. (Standard Condition No. 6) | 09/25/2025 |

DEFENDANT: DANIEL HALE
CASE NUMBER: 1:25-cr-00184-LLA-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**No term of imprisonment imposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: DANIEL HALE
CASE NUMBER: 1:25-cr-00184-LLA-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

Defendant shall continue on the previously imposed term of supervised release of THREE (3) YEARS, with all conditions to remain in full force and effect through July 4, 2027. Defendant remains subject to the mandatory and standard conditions imposed by the sentencing judge in the Eastern District of Virginia. See Amended Judgment, United States v. Hale, No. 19-CR-59 (E.D. Va. July 29, 2021), ECF No. 252. For additional facts justifying the sanction in this case, see the attached addendum.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
                      Sheet 3D — Supervised Release

Judgment—Page   5   of   5

DEFENDANT: DANIEL HALE
CASE NUMBER: 1:25-cr-00184-LLA-1

# SPECIAL CONDITIONS OF SUPERVISION

While on Supervised Release pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1. The Defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the Defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the Defendant, all as directed by the probation officer.

2. The Defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the Defendant as directed by the probation officer.